

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| HOWARD WORTHING AND LISA WORTHING, | § | No. 08-16-00009-CV |
| Appellants, | § | Appeal from |
| v. | § | 33rd District Court |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AGENT SECURITIES INC., ASSET-BACKED PASS THROUGH CERTIFICATES, SERIES 2003-W5, AND HOMEWARD RESIDENTIAL, INC. F/K/A AMERICAN HOME MORTGAGE SERVICING, INC., | § § § § | of Burnet County, Texas (TC # 40677A) |
| Appellees. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2017.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating